1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIRSHA BROWN,

      Plaintiff,

v.

RTC VEOLIA TRANSPORTATION,

      Defendant.

2:10-CV-643 JCM (LRL)

### ORDER

Presently before the court is the magistrate judge's report and recommendation to dismiss the complaint with prejudice. (Doc. #9).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Objections to the report and recommendation were due by November 11, 2010, and, to date, plaintiff has failed to object.

Upon review of the magistrate judge's report and recommendation (doc. #9), and there being no objections filed, this court agrees with Magistrate Judge Leavitt's recommendation that the complaint be dismissed with prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Lawrence Leavitt's report and recommendation (doc. #9) is AFFIRMED in its entirety.

. . .

1   IT FURTHER ORDERED that instant action is hereby DISMISSED with prejudice.

2   DATED November 17, 2010.

_____
UNITED STATES DISTRICT JUDGE